SHEPPARD MULLIN RICHTER & HAMPTON LLP
Theodore C. Max
tmax@sheppardmullin.com
Tyler E. Baker
tbaker@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112
Telephone: 212-653-8700
Facsimile: 212-653-8701
*Attorneys for Plaintiff The North Face Apparel Corp.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NORTH FACE APPAREL CORP., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE ENTITY, a business entity of unknown structure, <br><br> Defendant. | Civil Action No. 1:18-cv-7478 <br><br> **NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE, that Tyler E. Baker of Sheppard, Mullin, Richter & Hampton LLP hereby appears as counsel in this matter for Plaintiff, The North Face Apparel Corp. I hereby certify that I am admitted to practice in this Court.

Dated: August 21, 2018    Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:    *s/ Tyler E. Baker*
       Tyler E. Baker

30 Rockefeller Plaza
New York, New York 10112
Tel.  (212) 653-8700
Fax  (212) 653-8701
tbaker@sheppardmullin.com

*Attorneys for Plaintiff, The North Face Apparel Corp.*